# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138608 & (105)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAVID E. TOWNSEND, HEIDI A.
TOWNSEND, LINDSAY R. TOWNSEND,
HEATHER M. TOWNSEND, and DAVID
J. TOWNSEND,
          Plaintiffs-Appellants
          Cross-Appellees,

v

KASLE STEEL CORPORATION,
          Defendant,
          Third-Party Plaintiff-Appellee,
          Cross-Appellant,
and

KERRY STEEL, INC.,
          Third-Party Defendant.

_____/

SC: 138608
COA: 278645
Wayne CC: 02-218218-NO

On order of the Court, the application for leave to appeal the February 24, 2009 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

0720

Clerk